**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00848-CV

## IN THE INTEREST OF R.S., A.S., AND L.S., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-09274**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 6, 2018.  The appeal will be resubmitted in the first quarter of 2019.

/s/     ELIZABETH LANG-MIERS
        PRESIDING JUSTICE